UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 223 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| JOVANI MARGARITO PEREZ, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Jovani Margarito Perez, which was referred to the Magistrate Judge with the consent of the parties.

    On March 19, 2020, the government filed a 1 count Indictment, charging Defendant Perez with Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A). Defendant was arraigned on March 30, 2020, and entered a plea of not guilty to count 1of the Indictment, before Magistrate Judge David A. Ruiz. On February 3, 2022, Magistrate Judge Baughman received Defendant Perez's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

    Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

    On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Perez is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the

plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Jovani Margarito Perez is adjudged guilty to count 1 of the Indictment, in violation of Title 21 U.S.C. § 841(a)(1), (b)(1)(A). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on May 31, 2022, at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 8, 2022